IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:15CB4 |
| Plaintiff, | ) | Violation No. 2304814 NE14 |
| | ) | 2304815 NE14 |
| vs. | ) | |
| | ) | |
| SCOTT A. McCLAIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED:**

Eric W. Kruger, 7520 Fairway Drive, Omaha, Nebraska 68152, Phone Number 402-651-5505, is appointed to represent the above-named defendant in this matter and shall forthwith file an appearance in this matter.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Eric W. Kruger.

DATED this 30th day of April, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge