# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　**Plaintiff,**<br><br>　vs.<br><br>**SCOTT A. McCLAIN,**<br><br>　　　　　　**Defendant.** | **8:15CB00004-TDT**<br>**Violation Number 2304814 NE-14**<br>**Violation Number 2304815 NE-14**<br><br>**ORDER** |

　　　　On the motion of the United States Attorney's Office, the above-referenced matters are hereby dismissed.

　　　　ORDERED this 2nd day of June, 2015.

　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　s/ Thomas D. Thalken
　　　　　　　　　　　　　　**United States Magistrate Judge**